IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL A. CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-174-C |
| | ) | |
| RANDALL WORKMAN, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on January 28, 2010, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. No point would be served in repeating that analysis. Petitioner does not specifically dispute either the factual recitation or the legal reasoning employed by the Magistrate Judge, but rather disagrees, in a summary fashion, with the ultimate conclusions. There is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result. Petitioner's Motion to Attach Sworn Affidavit to

Petitioner's Objection to Report and Recommendation is denied as, for the reasons stated in the Report and Recommendation, Petitioner's late blooming, self-serving assertions are belied by the trial court record.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. Petitioner's Motion for Evidentiary Hearing (Dkt. No. 11) and his Motion to Attach Sworn Affidavit (Dkt. No. 34) are likewise denied. A judgment will enter accordingly.

IT IS SO ORDERED this 31st day of March, 2010.

ROBIN J. CAUTHRON
United States District Judge